Troncoso & Schell
P.O. Box 9023352
San Juan, PR 00902-3352
Telephone: (787) 722-0741
Facsimile: (787) 724-2563
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 06-cv-02867-CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Gloria P. Santiago-Serrano, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer, Inc., et al.<br><br>Defendants. | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE |

**Come Now** the Plaintiffs, GLORIA PILAR SANTIAGO-SERRANO, GLORIA IVETTE PEREZ-SANTIAGO, IVONNE PEREZ-SANTIAGO AND ZAIDA LIZ PEREZ-SANTIAGO, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

Should Plaintiffs or a representative of Plaintiffs attempt to re-file the claim against Defendants, they should do so only by re-filing in the United States District Court.

STIPULATION AND ORDER OF
DISMISSAL WITHOUT PREJUDICE

-1-

| | | |
|---|---|---|
| 1 | Dated: April 25, 2007 | TRONCOSO & SCHELL |
| 2 | | P.O. Box 9023352 |
| | | San Juan, PR 00902-3352 |
| 3 | | Telephone: (787) 722-0741 |
| | | Facsimile: (787) 724-2563 |

By: *[signature]*
Francisco M. Troncoso
Attorneys for Plaintiffs
Gloria Pilar Santiago-Serrano
Gloria Ivette Pérez-Santiago
Ivonne Pérez-Santiago
Zaida Liz Pérez-Santiago

Dated: *May 15, 2007* ~~April 25, 2007~~

GORDON & REES

By: *[signature]*
Stuart M. Gordon
Attorneys for Defendants

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: May 7, 2007

Hon. Charles R. Breyer
United States District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

STIPULATION AND ORDER OF
DISMISSAL WITHOUT PREJUDICE

-2-